STATE OF CONNECTICUT *v.* RAYMOND MARQUIS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 36 Conn. App. 803 (AC 13373), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment dismissing the information on the ground that it was impossible to ascertain from the record the basis on which the trial court denied the state's motion to videotape the victim's testimony?"

The Supreme Court docket number is SC 15243.

*Nancy L. Gillespie,* deputy assistant state's attorney, in support of the petition.

*Matthew J. Collins,* in opposition.

Decided April 17, 1995

DEWEY LOCKWOOD *v.* PROFESSIONAL WHEELCHAIR TRANSPORTATION, INC., ET AL.

The defendants' petition for appeal from the Appellate Court, 37 Conn. App. 85 (AC 12780), is denied.

*Peter M. Appleton,* in support of the petition.

*Jonathan L. Gould* and *Thomas W. Meiklejohn,* in opposition.

Decided April 17, 1995